UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ILIA KARTSEV,

Plaintiff,

v.

MARKWAYNE MULLIN, et al.,

Defendants.

Case No.: 3:26-cv-4956-JES-AHG

**ORDER GRANTING PLAINTIFF'S REQUEST TO VOLUNTARILY DISMISS THIS ACTION WITHOUT PREJUDICE**

**[ECF No. 8]**

Before the Court is Plaintiff's Notice of Voluntary Dismissal *without prejudice*, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 8. In this action, Defendant has not filed or served an answer to Plaintiff's complaint, nor filed a motion for summary judgment. Thus, the Court finds it appropriate to **GRANT** Plaintiff's request. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

//

//

//

//

Accordingly, Plaintiff's request to dismiss this action *without prejudice* is **GRANTED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED**.

Dated: October 30, 2026

Honorable James E. Simmons Jr.
United States District Judge